STATE OF NEW JERSEY v. MICHAEL CATLOW.

February 13, 1986.

Cross-petition for certification denied. (See 206 *N.J.Super.* 186)

STATE OF NEW JERSEY v. RENARDO ROMANO.

February 13, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. THOMAS KERCHNER.

February 13, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. STANLEY DANIELS.

February 13, 1986.

Petition for certification denied.